certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Raymond K. Dykema* and *David M. Wood* for petitioners. *Messrs. Alex. J. Groesbeck* and *Bert V. Nunneley* for respondents.

No. 291. KEEFE ET AL. *v.* NINE-MILE-HALFWAY DRAIN DISTRICT ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Raymond K. Dykema* and *David M. Wood* for petitioners. *Messrs. Alex. J. Groesbeck* and *Bert V. Nunneley* for respondents.

No. 292. BAHR ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William Fulton Tarver* and *John C. White* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *John J. Pringle, Jr.* for respondent.

No. 293. TILLMAN *v.* NATIONAL CITY BANK OF NEW YORK. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Borris M. Komar* for petitioner. *Mr. Philip A. Carroll* for respondent.

No. 294. LONTOK *v.* BATTUNG ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals of the Philippines denied. *Marcelino Lontok, pro se.*